```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12638
   ANTWAN L JEFFRIES
   DAMIETTA S JEFFRIES                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-2687     SSN XXX-XX-1010

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/16/2007 and was confirmed 09/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED              .00            .00           .00
LITTON LOAN SERVICING      CURRENT MORTG        .00            .00           .00
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00           .00
AUTUMN CLINCY              NOTICE ONLY    NOT FILED            .00           .00
CASSANDRA YOUNG            NOTICE ONLY    NOT FILED            .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY    NOT FILED            .00           .00
IL STATE DISBURSEMENT UN   PRIORITY         34147.93           .00           .00
MSDHS/METSS                PRIORITY       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          1511.94           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         1426.69           .00           .00
US CELLULAR CHICAGO        UNSECURED      NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED      NOT FILED            .00           .00
SBC ILLINOIS               UNSECURED      NOT FILED            .00           .00
TCF BANK                   UNSECURED      NOT FILED            .00           .00
AMERICAN HONDA FINANCE C   UNSECURED         5986.98           .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1730.00           .00           .00
WOW INTERNET & CABLE SER   UNSECURED      NOT FILED            .00           .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED            .00           .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED            .00           .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED            .00           .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          505.49           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          498.61           .00           .00
IC SYSTEMS                 UNSECURED      NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED            .00           .00
NATIONWIDE CASH            UNSECURED      NOT FILED            .00           .00
PAYDAY YES                 UNSECURED      NOT FILED            .00           .00
RMCB COLLECTION AGENCY     UNSECURED      NOT FILED            .00           .00
SOUTHERN CREDIT RECOVER    UnSECURED      NOT FILED            .00           .00
TRIAD FINANCIAL CORP       UNSECURED         9814.27           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12638 ANTWAN L JEFFRIES & DAMIETTA S JEFFRIES
```

```
TRUGREEN CHEMONE            UNSECURED       NOT FILED              .00             .00
PEKAY & KAPLAN              UNSECURED        1815.85                .00             .00
US DEPT OF EDUCATION        UNSECURED       41335.60                .00             .00
WASHINGTON MUTUAL           UNSECURED       NOT FILED              .00             .00
WOW INTERNET AND CABLE      UNSECURED       NOT FILED              .00             .00
WASHINGTON MUTUAL           MORTGAGE ARRE    4000.00                .00             .00
LITTON LOAN SERVICING       MORTGAGE ARRE    1500.00                .00             .00
MTGLQ INVESTORS LP          NOTICE ONLY     NOT FILED              .00             .00
ER SOLUTIONS INC            UNSECURED         410.67                .00             .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT      84.00                .00           84.00
IL STATE DISBURSEMENT UN    UNSECURED       16195.60                .00             .00
IL STATE DISBURSEMENT UN    DSO ARREARS      2292.53                .00             .00
ILLINOIS DEPT OF REVENUE    UNSECURED         728.06                .00             .00
ILLINOIS DEPT OF REVENUE    UNSECURED          71.90                .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,500.00                          3,500.00
TOM VAUGHN                  TRUSTEE                                             279.48
DEBTOR REFUND               REFUND                                              186.52

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    4,050.00

PRIORITY                                            84.00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   3,500.00
TRUSTEE COMPENSATION                               279.48
DEBTOR REFUND                                      186.52
                         ---------------      ---------------
TOTALS                     4,050.00              4,050.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 12638 ANTWAN L JEFFRIES & DAMIETTA S JEFFRIES